IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nesbitt, Darnell T | Case Number: 08 B 25023 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | | Filed: 9/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 5, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 42,000.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 138.48 | 0.00 |
| 5. | Wells Fargo Financial Bank | Unsecured | 115.32 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 1,281.37 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,989.74 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 121.04 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 731.60 | 0.00 |
| 10. | PRA Receivables Management | Unsecured | 231.23 | 0.00 |
| 11. | Debt Credit Service | Unsecured | | No Claim Filed |
| 12. | Cbe Group | Unsecured | | No Claim Filed |
| 13. | UNVL/CITI | Unsecured | | No Claim Filed |
| 14. | HSBC Mortgage Services | Unsecured | | No Claim Filed |
| 15. | Fair Collections & Outsourcing | Unsecured | | No Claim Filed |
| 16. | HSBC | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | American Collection Corp | Unsecured | | No Claim Filed |
| 19. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 50,100.28 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Nesbitt, Darnell T | Case Number:  08 B 25023 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/17/09 | Filed:  9/20/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*